

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

Robert Donald Gordon  )   Case: 2:25-cv-11001
_Plaintiff/Petitioner_  )   Assigned To : White, Robert J.
  )   Referral Judge: Altman, Kimberly G.
v.  )   Assign. Date : 4/8/2025
E. Rardin, Warden  )   Description: HC ROBERT GORDON
_Defendant/Respondent_  )   V ERIC RARDIN (SS)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Milan Federal Correctional Inst. Milan, MI, 48160__
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

N/A

My gross pay or wages are: $ __N/A__, and my take-home pay or wages are: $ __N/A__ per (specify pay period) __N/A__.

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment    ☐ Yes    ☐ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☐ No
(e) Gifts, or inheritances                            ☐ Yes    ☐ No
(f) Any other sources                                 ☐ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

N/A

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 0.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: None

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: None

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Court fines   F.A.P.   $12,000 fine plus $200 assessment fee

Apx. balance $3698.30

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: April 3, 2025

Applicant's signature

Robert D. Gordon
Printed name

Date: 03/31/2025  
Time: 06:27:30 PM  
Location: MIL

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 17141027   Inmate Name: GORDON, ROBERT DONALD   Available Balance: $75.53

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 10/31/2024 | TL1031 | TRUL Withdrawal | | -$10.00 |
| 10/30/2024 | TL1030 | TRUL Withdrawal | | -$10.00 |
| 10/25/2024 | 33324299 | Western Union | GORDON | $150.00 |
| 10/22/2024 | 60 | Sales | | -$54.65 |
| 10/18/2024 | TL1018 | TRUL Withdrawal | | -$5.00 |
| 10/15/2024 | 63 | Sales | | -$40.15 |
| 10/14/2024 | TL1014 | TRUL Withdrawal | | -$2.00 |
| 10/12/2024 | TL1012 | TRUL Withdrawal | | -$10.00 |
| 10/11/2024 | TL1011 | TRUL Withdrawal | | -$10.00 |
| 10/08/2024 | 5FRU1024 | FRP Unicor Pymt | | -$122.07 |
| 10/08/2024 | 5UNI0924 | Centralized Unicor | | $244.15 |
| 10/07/2024 | TL1007 | TRUL Withdrawal | | -$2.00 |
| 10/04/2024 | TL1004 | TRUL Withdrawal | | -$2.00 |
| 10/01/2024 | TL1001 | TRUL Withdrawal | | -$10.00 |
| 10/01/2024 | 75 | Sales | | -$61.50 |

Inmate #: 17141027

Date: 03/31/2025  
Time: 06:28:22 PM  
Location: MIL

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

Inmate No: 17141027  Inmate Name: GORDON, ROBERT DONALD  Available Balance: $75.53

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 11/29/2024 | TL1129 | TRUL Withdrawal | | -$10.00 |
| 11/29/2024 | 33324334 | Western Union | GORDON | $75.00 |
| 11/17/2024 | TL1117 | TRUL Withdrawal | | -$5.00 |
| 11/15/2024 | TL1115 | TRUL Withdrawal | | -$5.00 |
| 11/12/2024 | TL1112 | TRUL Withdrawal | | -$5.00 |
| 11/12/2024 | 104 | Sales | | $5.80 |
| 11/12/2024 | 103 | Sales | | -$57.25 |
| 11/08/2024 | TL1108 | TRUL Withdrawal | | -$10.00 |
| 11/08/2024 | 5FRU1124 | FRP Unicor Pymt | | -$76.99 |
| 11/08/2024 | 5UNI1024 | Centralized Unicor | | $153.98 |
| 11/05/2024 | 57 | Sales | | -$125.35 |
| 11/03/2024 | TL1103 | TRUL Withdrawal | | -$5.00 |

Inmate #: 17141027

Date: 03/31/2025  
Time: 06:29:22 PM  
Location: MIL

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

Inmate No: 17141027   Inmate Name: GORDON, ROBERT DONALD   Available Balance: $75.53

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 12/27/2024 | TL1227 | TRUL Withdrawal | | -$15.00 |
| 12/23/2024 | TL1223 | TRUL Withdrawal | | -$15.00 |
| 12/23/2024 | 33324358 | Western Union | GORDON | $200.00 |
| 12/15/2024 | TL1215 | TRUL Withdrawal | | -$5.00 |
| 12/14/2024 | TL1214 | TRUL Withdrawal | | -$5.00 |
| 12/10/2024 | 72 | Sales | | -$70.45 |
| 12/08/2024 | 5FRU1224 | FRP Unicor Pymt | | -$79.63 |
| 12/08/2024 | 5UNI1124 | Centralized Unicor | | $159.27 |
| 12/07/2024 | TL1207 | TRUL Withdrawal | | -$2.00 |
| 12/06/2024 | TL1206 | TRUL Withdrawal | | -$5.00 |
| 12/03/2024 | 76 | Sales | | -$56.90 |

Inmate #: 17141027

Date:  03/31/2025  
Time:  06:30:19 PM  
Location: MIL

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 17141027   Inmate Name: GORDON, ROBERT DONALD   Available Balance: $75.53

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 01/31/2025 | 33325031 | Western Union | GORDON | $75.00 |
| 01/26/2025 | TL0126 | TRUL Withdrawal | | -$2.00 |
| 01/24/2025 | TL0124 | TRUL Withdrawal | | -$5.00 |
| 01/23/2025 | TL0123 | TRUL Withdrawal | | -$5.00 |
| 01/22/2025 | 88 | Sales | | -$15.10 |
| 01/17/2025 | TL0117 | TRUL Withdrawal | | -$5.00 |
| 01/14/2025 | 43 | Sales | | -$14.60 |
| 01/14/2025 | 37 | Sales | | -$65.35 |
| 01/08/2025 | TL0108 | TRUL Withdrawal | | -$5.00 |
| 01/08/2025 | 5FRU0125 | FRP Unicor Pymt | | -$86.51 |
| 01/08/2025 | 5UNI1224 | Centralized Unicor | | $173.03 |
| 01/07/2025 | TL0107 | TRUL Withdrawal | | -$5.00 |
| 01/06/2025 | TL0106 | TRUL Withdrawal | | -$5.00 |
| 01/04/2025 | TL0104 | TRUL Withdrawal | | -$5.00 |
| 01/03/2025 | TL0103 | TRUL Withdrawal | | -$5.00 |
| 01/02/2025 | 75 | Sales | | -$119.90 |

Inmate #: 17141027

Date: 03/31/2025  
Time: 06:31:03 PM  
Location: MIL

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

Inmate No: 17141027    Inmate Name: GORDON, ROBERT DONALD    Available Balance: $75.53

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 02/28/2025 | TL0228 | TRUL Withdrawal | | -$10.00 |
| 02/28/2025 | 33325059 | Western Union | GORDON | $75.00 |
| 02/26/2025 | TL0226 | TRUL Withdrawal | | -$2.00 |
| 02/22/2025 | TFN0222 | Phone Withdrawal | | -$4.00 |
| 02/21/2025 | TL0221 | TRUL Withdrawal | | -$5.00 |
| 02/13/2025 | TL0213 | TRUL Withdrawal | | -$10.00 |
| 02/12/2025 | TL0212 | TRUL Withdrawal | | -$5.00 |
| 02/11/2025 | 41 | Sales | | -$72.25 |
| 02/08/2025 | TFN0208 | Phone Withdrawal | | -$4.00 |
| 02/08/2025 | 5FRU0225 | FRP Unicor Pymt | | -$91.23 |
| 02/08/2025 | 5UNI0125 | Centralized Unicor | | $182.46 |
| 02/04/2025 | 44 | Sales | | -$57.70 |
| 02/02/2025 | TL0202 | TRUL Withdrawal | | -$5.00 |

Inmate #: 17141027

Date: 03/31/2025  
Time: 01:11:24 PM  
Location: MIL

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 17141027   Inmate Name: GORDON, ROBERT DONALD   Available Balance: $75.53

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 03/31/2025 | 33325090 | Western Union | GORDON | $75.00 |
| 03/28/2025 | TL0328 | TRUL Withdrawal | | -$10.00 |
| 03/13/2025 | TL0313 | TRUL Withdrawal | | -$10.00 |
| 03/11/2025 | 52 | Sales | | -$60.05 |
| 03/08/2025 | 5FRU0325 | FRP Unicor Pymt | | -$78.92 |
| 03/08/2025 | 5UNI0225 | Centralized Unicor | | $157.84 |
| 03/05/2025 | TL0305 | TRUL Withdrawal | | -$5.00 |
| 03/04/2025 | 54 | Sales | | -$60.15 |

Inmate #: 17141027