UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT D. GORDON, 17141-027,

    Petitioner,

v.

ERIC RARDIN,

    Respondent(s).
_____/

Case No. 25-11001

Judge Robert J. White

Magistrate Judge Kimberly G. Altman

## ORDER GRANTING PETITION TO PROCEED IN FORMA PAUPERIS

The Court has reviewed the petition to proceed in forma pauperis, the affidavit in support, and the financial status communication;

**IT IS ORDERED** that the petition to proceed in forma pauperis is **GRANTED**.

Date: June 9, 2025

s/David R. Grand
David R. Grand
United States Magistrate Judge

---

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date: June 9, 2025

s/M. Sylvester
Deputy Clerk