AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF MICHIGAN

ROBERT D. GORDON, )
*Petitioner* )
)
v. )
)
)
ERIC RARDIN, WARDEN, )
*Respondent* )
*(name of warden or authorized person having custody of petitioner)*

Case: 2:25-cv-11001
Assigned To : White, Robert J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 4/8/2025
Description: HC ROBERT GORDON V ERIC RARDIN (SS)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
Personal Information

1. (a) Your full name: Robert Donald Gordon
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Federal Correctional Institution - Milan
   (b) Address: P.O. Box 1000 / Milan, MI 48160

   (c) Your identification number: 17141-027
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (Incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you: United States District Court For The Eastern District Of Michigan - Detroit
     (b) Docket number of criminal case: 2:17CR20636 (1)
     (c) Date of sentencing: March 28, 2019
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*: _____

   _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: __N/A__

   (b) Docket number, case number, or opinion number: __N/A__

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   __N/A__

   (d) Date of the decision or action: __N/A__

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes    ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: __N/A__

   (2) Date of filing: __N/A__

   (3) Docket number, case number, or opinion number: __N/A__

   (4) Result: __N/A__

   (5) Date of result: __N/A__

   (6) Issues raised: __N/A__

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: N/A

8. Second appeal

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
   
   (1) Name of the authority, agency, or court: N/A
   
   (2) Date of filing: N/A
   (3) Docket number, case number, or opinion number: N/A
   (4) Result: N/A
   (5) Date of result: N/A
   (6) Issues raised: N/A
   
   (b) If you answered "No," explain why you did not file a second appeal: N/A

9. Third appeal

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
   
   (1) Name of the authority, agency, or court: N/A
   
   (2) Date of filing: N/A
   (3) Docket number, case number, or opinion number: N/A
   (4) Result: N/A
   (5) Date of result: N/A
   (6) Issues raised: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: N/A

10. Motion under 28 U.S.C. § 2255

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes  ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes  ☐ No  N/A

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:   N/A

11. Appeals of immigration proceedings

Does this case concern immigration proceedings?

☐ Yes         ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:  N/A
(b) Date of the removal or reinstatement order:  N/A
(c) Did you file an appeal with the Board of Immigration Appeals?

    ☐ Yes     ☐ No   N/A

    If "Yes," provide:
    (1) Date of filing:  N/A
    (2) Case number:  N/A
    (3) Result:  N/A
    (4) Date of result:  N/A
    (5) Issues raised:  N/A

(d) Did you appeal the decision to the United States Court of Appeals?

    ☐ Yes     ☐ No   N/A

    If "Yes," provide:
    (1) Name of court:  N/A
    (2) Date of filing:  N/A
    (3) Case number:  N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: N/A
    (5) Date of result: N/A
    (6) Issues raised: N/A

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: N/A
    (b) Name of the authority, agency, or court: N/A
    (c) Date of filing: N/A
    (d) Docket number, case number, or opinion number: N/A
    (e) Result: N/A
    (f) Date of result: N/A
    (g) Issues raised: N/A

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** Gordon is being denied his halfway house from his eligibility date which is August of 2025. Unit team informed him that he would be placed in for halfway house in December of 2025. According to Gordon's FSA conditional placement date (see attached) his date is May of 2026.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
May of 2026 is Gordon's release date under the FSA release method, however, the BOP is neglecting to give Gordon any halfway house under the Second Chance Act of 2007. Pursuant to the Five [5] factors used by the Second Chance Act, Gordon should receive an additional ten [10] months of halfway house which would move his date to August of 2025. [See Attached 5 Factors Under Second Chance Act].

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☒ No

GROUND TWO: Exhausting his administrative remedies would be futile as by the time his August of 2025 halfway house date came up, Gordon would more than likely still be utilizing the administrative remedy process which would cause him harm.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
"[W]here administrative remedies are inadequate or futile, or exhaustion would result in irreparable harm, exhaustion of administration remedies is not required." See Aron v. LaManna, 4 Fed.Appx. 232, 233 (6th Cir. 2001) (unpublished) (noting exceptions).

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☒ No

GROUND THREE: N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☒ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

Request for Relief

15. State exactly what you want the court to do: An ORDER directing the BOP, specifically F.C.I. Milan, to give Gordon his alloted ten [10] additional months of halfway house under the 5 factors of the Second Chance Act of 2007.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_April 3, 2025_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _April 3, 2025_                    _Robert P. Gordon_
                                                                    *Signature of Petitioner*

                                                            N/A
                                            *Signature of Attorney or other authorized person, if any*

## RRC Placement Under the Second Chance Act

### 5 Factors for Initial Consideration

1) Resources of the Facility Contemplated
2) Circumstances of the Offense
3) History and Characters of the Prisoner
4) Statements/Recommendations from the Sentencing Court
5) Policy Statement Issues by the U.S. Sentencing Commission

Determining Length of RRC Placement-Provided the inmate is viewed to be appropriate for RRC placement given the five factors listed above and the contents of P.S. 7310.04 Community Correction Center Utilization and Transfer Procedure. Calculate the length of placement using the following formula as a guide:

Sentence Length (add state time served if no break): Start all cases at the *3 month mark and adjust accordingly:
6-23 months:   Subtract 1
24-59 months:  No Adjustment
60-119 months: Add 1
120-179 months: Add 2
180 -   Months: (Add 3)

Adjustment/Conduct: Has the inmate had a positive conduct record? If there is a disciplinary history, has there been a significant period of clear conduct or much improvement in behavior in the latter half of inmates incarceration?
Positive or Much Improved:   (Add 1)
Average                  :   No Adjustment
Negative                 :   Subtract 1

Program Participation: Has the inmate been continuously involved in positive, recommended programming, especially in the latter half of his incarceration? Has program participation been sporadic and/or limited to programs considered to be quasi-mandatory? Has the inmate refused most or all recommended programming?

Continual Programming:  (Add 1)
Sporadic Programming:   No Adjustment
Refused Most Programming:   Subtract 1

Resources: The following adjustments shall only be applied if the inmate received the "Add 1" adjustment for continual positive program participation (above). If program participation is viewed as sporadic and/or minimal, no adjustment for the below items shall be applied.

Needs to establish release residence:                                                            Add 1
Needs to establish release employment:                                                           (Add 1)
Has limited finances (received less than $300.00 in total deposits in last 6 months): Add 1
Has limited visits (received less than 4 visits in the last year):                    (Add 1)
Has medical needs that may complicate finding employment:                                        Add 1
Has mental health needs that may complicate finding employment:                                  Add 1

Calculation Line:   All cases start at the *3 month mark, max=12 months, min   month
0    2    3    4    5    6    7    8    9    (10)    11    12

```
MILDB   540*23  *          SENTENCE MONITORING          *    01-10-2023
PAGE 001        *          COMPUTATION DATA             *    09:30:54
                              AS OF 01-10-2023
```

REGNO..: 17141-027 NAME: GORDON, ROBERT DONALD

```
FBI NO............: 572873PA3         DATE OF BIRTH: 10-27-1971 AGE: 51
ARS1..............: MIL/A-DES
UNIT..............: H1 UNIT            QUARTERS.....: H02-203U
DETAINERS.........: NO                 NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 08-25-2030

FINAL STATUTORY RELEASE FOR INMATE.: 02-25-2032 VIA GCT REL
        WITH APPLIED FSA CREDITS.:    0 DAYS
THE INMATE IS PROJECTED FOR RELEASE: 02-25-2031 VIA FSA REL

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: 0645 2:17CR20636(1)
JUDGE...........................: BERG
DATE SENTENCED/PROBATION IMPOSED: 03-28-2019
DATE COMMITTED..................: 04-15-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $200.00         $00.00           $00.00       $00.00
  JVTA........:  $10,000.00
```

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  572    18:2421-29 I/S TRN IMRL PRPS
OFF/CHG: 18:2422(B), COERCION AND ENTICEMENT OF MINOR CT5
         18:2423(B), INTERSTATE TRAVEL WITH INTENT TO ENGAGE IN SEXUAL
         ACT WITH A MINOR CT6.

```
SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   204 MONTHS
TERM OF SUPERVISION.............:     8 YEARS
DATE OF OFFENSE.................: 08-26-2017
```

G0002        MORE PAGES TO FOLLOW . . .

```
 MILDB  540*23 *              SENTENCE MONITORING          *    01-10-2023
 PAGE 002 OF 002 *            COMPUTATION DATA             *    09:30:54
                              AS OF 01-10-2023
```

REGNO..: 17141-027 NAME: GORDON, ROBERT DONALD


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-07-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-20-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 03-28-2019
TOTAL TERM IN EFFECT............:    204 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    17 YEARS
EARLIEST DATE OF OFFENSE........: 08-26-2017

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     08-31-2017   03-27-2019

TOTAL PRIOR CREDIT TIME.........: 574
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 918
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 02-25-2032
ELDERLY OFFENDER TWO THIRDS DATE: 12-31-2028
EXPIRATION FULL TERM DATE.......: 08-31-2034
TIME SERVED.....................:       5 YEARS     4 MONTHS      11 DAYS
PERCENTAGE OF FULL TERM SERVED..:    31.5
PERCENT OF STATUTORY TERM SERVED:    37.0

PROJECTED SATISFACTION DATE.....: 02-25-2031
PROJECTED SATISFACTION METHOD...: FSA REL
   WITH FSA CREDITS INCLUDED...:  0
```

REMARKS.......: 1-7-20 GCT UPDATED PURSUANT TO FSA R/JMD.




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

# FSA Time Credit Assessment
Register Number:17141-027, Last Name:GORDON

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

FSA Conditional Release Date: 02-25-2031
FSA Conditional Placement Days: 1750
FSA Conditional Placement Date: 05-12-2026
SCA Proposed Placement Days: N/A
SCA Proposed Placement Date: N/A



| | | |
|---|---|---|
| **Individualized Needs Plan - Program Review** | **(Inmate Copy)** | SEQUENCE: 02075124 |
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 04-02-2025 |
| Plan is for inmate: GORDON, ROBERT DONALD 17141-027 | | |

| | | | | |
|---|---|---|---|---|
| Facility: | MIL MILAN FCI | Proj. Rel. Date: | 02-25-2031 |
| Name: | GORDON, ROBERT DONALD | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | 17141-027 | DNA Status: | PREBOP TST / 09-07-2017 |
| Age: | 53 | | |
| Date of Birth: | 10-27-1971 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Inmate Photo ID Status

No photo ID - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MiL | U WRH 1234 | ALL DAY WAREHOUSE UNICOR | 03-22-2021 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | ESL HAS | ENGLISH PROFICIENT | 04-17-2019 |
| MIL | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-30-2019 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

*NO COURSES*

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-09-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-14-2019 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-09-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 04-09-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 04-25-2019 |

### FRP Payment Plan

Most Recent Payment Plan

| | | | | |
|---|---|---|---|---|
| **FRP Assignment:** | **PART** | FINANC RESP-PARTICIPATES | Start: 06-20-2019 | |
| Inmate Decision: | **AGREED** | 50% | Frequency: **MONTHLY** | |
| Payments past 6 months: | **$535.35** | | Obligation Balance: **$3,649.90** | |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |
| 2 | MISC | $10,000.00 | $3,649.90 | IMMEDIATE | AGREED |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|
| | | 03-11-2025 | MIL | PAYMENT | INSIDE PMT | $78.92 |
| | | 02-19-2025 | MIL | PAYMENT | INSIDE PMT | $91.23 |
| | | 01-14-2025 | MIL | PAYMENT | INSIDE PMT | $86.51 |
| | | 12-11-2024 | MIL | PAYMENT | INSIDE PMT | $79.63 |

Sentry Data as of 04-02-2025　Individualized Needs Plan - Program Review　(Inmate Copy)　Page 1 of 3

|  | **Individualized Needs Plan - Program Review    (Inmate Copy)** | SEQUENCE: 02075124 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 04-02-2025 |
| | Plan is for inmate: GORDON, ROBERT DONALD  17141-027 | |

Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | | 11-13-2024 | MIL | PAYMENT | INSIDE PMT | $76.99 |
| | | | 10-10-2024 | MIL | PAYMENT | INSIDE PMT | $122.07 |

**FRP Deposits**

Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 07-10-2022 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 10-29-2024 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 10-29-2024 |
| N-COGNTV N | NEED - COGNITIONS NO | 10-29-2024 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 10-29-2024 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 10-29-2024 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 10-29-2024 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-29-2024 |
| N-MEDICL N | NEED - MEDICAL NO | 10-29-2024 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 10-29-2024 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 10-29-2024 |
| N-TRAUMA N | NEED - TRAUMA NO | 10-29-2024 |
| N-WORK N | NEED - WORK NO | 10-29-2024 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 10-29-2024 |

**Progress since last review**

He was designated to FCI Milan on 4-15-2019 He is currently employed. He is not currently participating in educational programs. He has maintained clear conduct since his incarceration.

**Next Program Review Goals**

The Unit Team recommends the following: he enroll and participate in at least 2 programs that focus on needs addressed in your needs assessment, prior to 9-28-2025. It is recommended that he remain incident free through next program review.

**Long Term Goals**

The Unit Team recommends the following: he complete at least 2 programs that focus on needs addressed in your needs assessment, prior to 2-25-2031. It is recommended that he remain incident free through his incarceration and save money each month for release.

**RRC/HC Placement**

No.
Management decision - Will review for RRC placement 17-19 months prior to release.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

Per the memorandum from Reentry Services Division dated  March 31, 2025, all inmates are to be reviewed for no more than 60 days of RRC placement under the Second Chance Act.

**Comments**

** No notes entered **

No._____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

<u>ROBERT DONALD GORDON</u>   PETITIONER

VS.

<u>E. RARDIN, WARDEN</u>   RESPONDENT

PROOF OF SERVICE

I, <u>Robert Donald Gordon</u>, do swear or declare that on this date, <u>April 3</u>, 2025, as required by Supreme Court Rule 29 I have served the enclosed MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS and PETITION FOR A WRIT OF HABEAS CORPUS on each party to the above proceeding or that party's councel, and on every other person required to be served, by depositing an envelppe containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid.

The names and addresses of those served are as follows:

<u>E. Rardin, Federal Correctional Inst., P.O. Box 9999, Milan, MI. 48160</u>

I declare under penalty of perjury that the forgoing is true and correct.

Executed on <u>April 3</u>, 2025

*Robert D. Gordon*
(Signature)



Robert D. Gordon 17141-027
Federal Correctional Inst.
P.O. Box 1000
Milan, MI 48160

RECEIVED
APR 08 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerk of the U.S. District Court
231 W. Lafayette Blvd.
Fifth Floor
Detroit, MI 48226

17141-027
Clerk Of The
U.S. District Court
231 W Lafayette BLVD
Fifth Floor
Detroit, MI 48226
United States

# CIVIL COVER SHEET FOR PRISONER CASES

| Case No. 25-11001 | Judge: | Magistrate Judge: Kimberly G. Altman |
|---|---|---|
| **Name of 1st Listed Plaintiff/Petitioner:**<br>ROBERT D. GORDON | | **Name of 1st Listed Defendant/Respondent:**<br>ERIC RARDIN |
| **Inmate Number:** 17141-027 | | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | | |
| **Correctional Facility:**<br>FCI Milan<br>Federal Correction Institution<br>P.O. Box 1000<br>Milan, MI 48160<br>WASHTENAW COUNTY | | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☒ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes  ☒ No
   ➢ If yes, give the following information:
   
   Court: _____
   Case No: _____
   Judge: _____

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes  ☒ No
   ➢ If yes, give the following information:
   
   Court: _____
   Case No: _____
   Judge: _____

MIED (Rev. 07/06) Civil Cover Sheet for Prisoner Cases