## Exhibit List

1.    Racz Declaration

2.    BOP Sentence Record

3.    Allison-Love Declaration

       Exh. 1-Administrative Remedy Retrieval

4.    FSA Time Credit Assessment