# Exhibit 2

```
   MILBU         *         PUBLIC INFORMATION         *      07-18-2025
 PAGE 002        *            INMATE DATA             *       15:48:17
                           AS OF 07-18-2025


REGNO..: 17141-027 NAME: GORDON, ROBERT DONALD

                   RESP OF: MIL
                   PHONE..: 734-439-1511    FAX: 734-439-5534
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 08-25-2030

FINAL STATUTORY RELEASE FOR INMATE.: 02-25-2032 VIA GCT REL
          WITH APPLIED FSA CREDITS.: 365   DAYS
THE INMATE IS PROJECTED FOR RELEASE: 02-25-2031 VIA FSA REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: 0645 2:17CR20636(1)
JUDGE...........................: BERG
DATE SENTENCED/PROBATION IMPOSED: 03-28-2019
DATE COMMITTED..................: 04-15-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

               FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.: $200.00        $00.00         $00.00         $00.00
  JVTA........: $10,000.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  572      18:2421-29 I/S TRN IMRL PRPS

OFF/CHG: 18:2422(B), COERCION AND ENTICEMENT OF MINOR CT5
         18:2423(B), INTERSTATE TRAVEL WITH INTENT TO ENGAGE IN SEXUAL
         ACT WITH A MINOR CT6.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    204 MONTHS
 TERM OF SUPERVISION............:      8 YEARS
 DATE OF OFFENSE................: 08-26-2017




 G0002       MORE PAGES TO FOLLOW . . .
```

```
   MILBU            *        PUBLIC INFORMATION         *      07-18-2025
PAGE 003 OF 003 *              INMATE DATA              *      15:48:17
                            AS OF 07-18-2025

REGNO..: 17141-027 NAME: GORDON, ROBERT DONALD

                    RESP OF: MIL
                    PHONE..: 734-439-1511    FAX: 734-439-5534

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-07-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-20-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-28-2019
TOTAL TERM IN EFFECT............:    204 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     17 YEARS
EARLIEST DATE OF OFFENSE........: 08-26-2017

JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                      08-31-2017    03-27-2019

TOTAL PRIOR CREDIT TIME.........: 574
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 918
TOTAL GCT EARNED................: 378
STATUTORY RELEASE DATE PROJECTED: 02-25-2032
ELDERLY OFFENDER TWO THIRDS DATE: 12-31-2028
EXPIRATION FULL TERM DATE.......: 08-31-2034
TIME SERVED.....................:       7 YEARS      10 MONTHS      18 DAYS
PERCENTAGE OF FULL TERM SERVED..:  46.3
PERCENT OF STATUTORY TERM SERVED:  54.4

PROJECTED SATISFACTION DATE.....: 02-25-2031
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 365




    G0000          TRANSACTION SUCCESSFULLY COMPLETED
```