# Exhibit 4

# FSA Time Credit Assessment
Register Number:17141-027, Last Name:GORDON

**U.S. DEPARTMENT OF JUSTICE**                                                **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 17141-027              Responsible Facility: MIL
Inmate Name                                  Assessment Date.....: 07-13-2025
  Last............: GORDON                   Period Start/Stop...: 04-15-2019 to 07-13-2025
  First...........: ROBERT                   Accrued Pgm Days....: 2281
  Middle..........: DONALD                   Disallowed Pgm Days.: 0
  Suffix..........:                          FTC Towards RRC/HC..: 745
Gender............: MALE                    FTC Towards Release.: 365
Start Incarceration: 03-28-2019              Apply FTC to Release: Yes
```

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-15-2019 | 11-09-2019 | accrue | 208 |

  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 11-09-2019 | 07-13-2025 | accrue | 2073 |

  Accrued Pgm Days...: 2073
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 1050

--- FSA Assessment(s) ---

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 04-15-2019 | 05-13-2019 | R-LW | 04-28-2021 11:35 | 10 |
| 002 | 05-13-2019 | 11-09-2019 | R-LW | 04-28-2021 11:35 | 10 |
| 003 | 11-09-2019 | 05-07-2020 | R-LW | 04-28-2021 11:35 | 15 |
| 004 | 05-07-2020 | 11-03-2020 | R-LW | 04-28-2021 11:35 | 15 |
| 005 | 11-03-2020 | 05-02-2021 | R-LW | 04-28-2021 11:35 | 15 |
| 006 | 05-02-2021 | 10-29-2021 | R-LW | 04-28-2021 11:35 | 15 |
| 007 | 10-29-2021 | 04-27-2022 | R-LW | 04-28-2021 11:35 | 15 |
| 008 | 04-27-2022 | 10-24-2022 | R-LW | 01-12-2022 08:29 | 15 |
| 009 | 10-24-2022 | 04-22-2023 | R-LW | 07-06-2022 15:21 | 15 |
| 010 | 04-22-2023 | 10-19-2023 | R-LW | 12-20-2022 08:53 | 15 |
| 011 | 10-19-2023 | 04-16-2024 | R-LW | 06-22-2023 13:36 | 15 |
| 012 | 04-16-2024 | 10-13-2024 | R-LW | 11-20-2023 13:31 | 15 |
| 013 | 10-13-2024 | 04-11-2025 | R-LW | 05-06-2024 08:13 | 15 |
| 014 | 04-11-2025 | 10-08-2025 | R-LW | 10-29-2024 07:46 | 15 |

# FSA Time Credit Assessment
Register Number:17141-027, Last Name:GORDON

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only -----------------
All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 07-13-2025. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

**SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.**
---
Projected Release Date: 02-25-2032
Projected Release Method: GCT REL
FSA Projected Release Date: 02-25-2031
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 02-25-2031
SCA Conditional Placement Days: 60
SCA Conditional Placement Date: 12-27-2030
FSA Conditional Placement Days: 1180
FSA Conditional Placement Date: 12-03-2027
Conditional Transition To Community Date: 10-04-2027