United States District Court
Eastern District of Michigan

Robert D. Gordon,

    Petitioner,

v.

Eric Rardin, Warden,

    Respondent.

Civil No. 25-cv-11001

Honorable Robert J. White
Mag. Judge Kimberly G. Altman

## Appearance

Notice is given that Julie A. Beck, Assistant U.S. Attorney for the Eastern District of Michigan, will serve as counsel on behalf of the Respondent in the above-captioned case.

    JEROME F. GORGON, JR.
    United States Attorney

    s/Julie A. Beck
    Julie A. Beck
    Assistant U.S. Attorney
    211 W. Fort St., Ste. 2001
    Detroit, MI  48226
    (313) 226-9717
    Julie.Beck@usdoj.gov
    P53291

Date:  August 13, 2025

## Certificate of Service

I hereby certify that on August 13, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

I further certify that I have mailed by U.S. mail the foregoing paper to the following non-ECF participants:

    Robert D. Gordon, Reg. No. 17141-027
    FCI Milan
    P.O. Box 1000
    Milan, MI 48160

                                              s/ Julie A. Beck
                                              Julie A. Beck
                                              Assistant U.S. Attorney
                                              211 W. Fort St., Ste. 2001
                                              Detroit, MI  48226
                                              (313) 226-9717
                                              Julie.Beck@usdoj.gov
                                              P53291