IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. GORDON, )
                  )
     Petitioner   )
                  )
vs.               )  Case No. 2.25-cv-11001
                  )
                  )
                  )
ERIC RARDIN, WARDEN, )
                  )
     Respondent   )

FILED
AUG 15 2025
CLERK'S OFFICE
DETROIT

## MOTION TO SUPPLEMENT 28 U.S.C. §2244 MOTION

COMES NOW, Robert D. Gordon, the Petitioner, acting pro se and respectfully files this motion to supplement his 28 U.S.C. §2241 motion. Gordon moves this Honorable Court to grant his motion to supplement this foregoing motion.

### I. STATEMENT OF THE RELIEF SOUGHT

An ORDER from the Eastern District of Michigan directing the Bureau of Prisons at F.C.I. Milan to replace the **570** days of First Step Act Time Credits that it has taken from the Petitioner without justifiable cause.

## II. ARGUMENT AND LAW

Gordon's projected release date under the FSA release method is in May of 2026 and according to the First Step Act of 2018 and the Second Chance Act of 2007, Gordon should be released to a halfway house and/or home confinement in August of 2025. However, just recently, F.C.I. Milan staff had taken **570** days of the First Step Act Time Credits that Gordon has already earned without justifiable cause. Gordon has maintained clear conduct throughout his incarceration and continues to program.

Accordingly, the Petitioner respectfully request that this Honorable Court to grant this foregoing motion and to direct the Bureau of Prisons at F.C.I. Milan to replace the days that he has earned under the First Step Act Time Credits.

## CONCLUSION

**THEREFORE**, for the following reasons stated herein, Gordon respectfully moves this Honorable Court to GRANT his foregoing motion.

August **10**, 2025  
Milan, MI 48160

Respectfully Submitted,

/s/ *Robert D. Gordon*  
Robert D. Gordon

## FSA Time Credit Assessment
Register Number:17141-027, Last Name:GORDON

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number....: 17141-027<br>Inmate Name<br>  Last............: GORDON<br>  First...........: ROBERT<br>  Middle..........: DONALD<br>  Suffix..........:<br>Gender............: MALE<br>Start Incarceration: 03-28-2019 | Responsible Facility: MIL<br>Assessment Date.....: 07-13-2025<br>Period Start/Stop...: 04-15-2019 to 07-13-2025<br>Accrued Pgm Days....: 2281<br>Disallowed Pgm Days.: 0<br>FTC Towards RRC/HC..: 745<br>FTC Towards Release.: 365<br>Apply FTC to Release: Yes |

```
Start        Stop         Pgm Status   Pgm Days
04-15-2019   11-09-2019   accrue       208
  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
----------------------------------------------------------------
Start        Stop         Pgm Status   Pgm Days
11-09-2019   07-13-2025   accrue       2073
  Accrued Pgm Days...: 2073
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 1050
--- FSA Assessment(s) ------------------------------------------
 #     Start        Stop         Assignment   Asn Start         Factor
001   04-15-2019   05-13-2019   R-LW         04-28-2021 11:35   10
002   05-13-2019   11-09-2019   R-LW         04-28-2021 11:35   10
003   11-09-2019   05-07-2020   R-LW         04-28-2021 11:35   15
004   05-07-2020   11-03-2020   R-LW         04-28-2021 11:35   15
005   11-03-2020   05-02-2021   R-LW         04-28-2021 11:35   15
006   05-02-2021   10-29-2021   R-LW         04-28-2021 11:35   15
007   10-29-2021   04-27-2022   R-LW         04-28-2021 11:35   15
008   04-27-2022   10-24-2022   R-LW         01-12-2022 08:29   15
009   10-24-2022   04-22-2023   R-LW         07-06-2022 15:21   15
010   04-22-2023   10-19-2023   R-LW         12-20-2022 08:53   15
011   10-19-2023   04-16-2024   R-LW         06-22-2023 13:36   15
012   04-16-2024   10-13-2024   R-LW         11-20-2023 13:31   15
013   10-13-2024   04-11-2025   R-LW         05-06-2024 08:13   15
014   04-11-2025   10-08-2025   R-LW         10-29-2024 07:46   15
```

07-13-2025                             (1)                        Assessment# -2143359635

FSA Time Credit Assessment
Register Number:17141-027, Last Name:GORDON

U.S. DEPARTMENT OF JUSTICE                                        FEDERAL BUREAU OF PRISONS

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only -----------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
07-13-2025. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---
Projected Release Date: 02-25-2032
Projected Release Method: GCT REL
FSA Projected Release Date: 02-25-2031
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 02-25-2031
SCA Conditional Placement Days: 60
SCA Conditional Placement Date: 12-27-2030
FSA Conditional Placement Days: 1180
FSA Conditional Placement Date: 12-03-2027
Conditional Transition To Community Date: 10-04-2027

(2)                                                              Assessment# -2143359635

07-13-2025



Robert D. Gordon
NAME
17141-027
REG NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
12 AUG 2025 PM 7 L

RECEIVED
AUG 15 2025
CLERK'S OFFICE
DETROIT

‹›17141-027‹›
Clerk Of The
U.S. District Court
231 W Lafayette BLVD
Fifth Floor
Detroit, MI 48226
United States

48226-277758