IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

ROBERT D. GORDON,

    Petitioner

vs.

Case No. 25-cv-11001

Eric Hardin, Warden,

    Respondent

FILED SEP 23 2025 CLERK'S OFFICE DETROIT

## PETITIONER'S TRAVERSE TO GOVERNMENT'S RESPONSE TO §2241 MOTION

COMES NOW, the Petitioner, Robert Gordon and respectfully files this timely traverse to the Government's response. Gordon respectfully requests that this Honorable Court will grant this foregoing motion for the reasons stated herein.

## I. STATEMENT OF THE RELIEF SOUGHT

An ORDER from this Honorable Court directing F.C.I. Milan to restore the 570 days of FSA credits that was taken from Gordon without cause.

II. ARGUMENT AND LAW

On August 12, 2025, the Government filed its response to Gordon's §2241 Habeas Petition. Gordon argues that the staff at F.C.I. Milan has taken 570 days of his FSA credits without cause. (See ECF No. 1, PageID. 13 & ECF no. 6-5, PageID. 76). The Petitioner has not received any incident reports, he has not opted-out for programming, and he has never declined any programming... which would result of losing FSA credits.

Additionally, his original FSA Conditional Placement date was on May 12, 2026 without factoring any time from the Second Chance Act. Now, with the loss of Gordon's 570 days of FSA credits, his new FSA Conditional Placement date is on December 3, 2027. The Petitioner was not given any reason for the loss of his FSA credits. Ergo, Gordon respectfully request that this Honorable Court will grant this foregoing motion for the reasons stated herein and ORDER F.C.I. Milan to restore Gordon's FSA credits.

CONCLUSION

THEREFORE, for the reasons stated herein, this Honorable Court should GRANT this foregoing pleading.

September 17, 2025                          Respectfully Submitted,
Milan, MI 48160                             Robert D. Gordon
                                            /s/ Robert D. Gordon

p. 2

## CERTIFICATE OF SERVICE

I, Robert Gordon, do hereby certify that I am an inmate at the Federal Correctional Institution at Milan, P.O. Box 1000, Milan, Michigan 48160; and on September 17, 2025, I served true and correct copies of the following:

PETITIONER'S TRAVERSE TO GOVERNMENT'S RESPONSE TO §2241 MOTION

... to the appropriate prison authorities for service via the internal legal mail system for delivery to the person[s] and address[es] listed below.

| | |
|---|---|
| Office of The Clerk | A.U.S.A. Julie A. Beck |
| United States District Court | U.S. Attorney's Office |
| For The Eastern District of Michigan | 211 W. Fort St., Suite 2001 |
| 231 W. Lafayette Blvd., Room 564 | Detroit, MI 48226 |
| Detroit, MI 48226 | |

/s/ Robert D Gordon
Robert Gordon
Reg. No. 17141-027

Robert D. Gordon
NAME
17141-027
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
19 SEP 2025 PM 8 L

Clerk of the U.S. District Court
231 W. Lafayette BLVD.
fifth floor
Detroit, MI 48226

48226-270099

RECEIVED
SEP 23 2025
CLERKS OFFICE
DETROIT

