UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT D. GORDON, | |
| Petitioner, | Case No. 25-cv-11001 |
| v. | |
| ERIC RARDIN, | Honorable Robert J. White |
| Respondent. | |

## JUDGMENT

The Court has dismissed the petition for a writ of habeas corpus with prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for respondent and against petitioner.

KINIKIA D. ESSIX
CLERK OF THE COURT

By: s/Tara Villereal _____
        Deputy Clerk

Dated: October 22, 2025

Approved: s/Robert J. White _____
            Robert J. White
            United States District Judge