3

In the United States District Court
for the Eastern District of Michigan
Southern Division

Robert D. Gordon
  Petitioner

vs.                                    Case No. 25-CV-11001

Eric Mardin
  Respondent

FILED
NOV 14 2025
CLERK'S OFFICE
DETROIT

## Notice of Appeal

Comes now, Robert D. Gordon, the petitioner files this timely notice of appeal to the denial of his § 2241 motion, which was denied on October 22, 2025.

November 4, 2025                        Respectfully Submitted,
Milan, MI, 48160                        Robert D Gordon

                                        /s/ Robert D Gordon

Certificate of Service

I, Robert D. Gordon, do hereby certify that I am an inmate at the Federal Correctional Institution at Milan, Michigan, P.O. Box 1000, Milan, Michigan 48160; and on November 4, 2025, I served true and correct copies of the following:

Notice of Appeal

... to the appropriate prison authorities for service via the internal legal mail system for delivery to the person(s) and address(es) listed below.

Office of the Clerk
United States District Court
for the Eastern District of Michigan
231 W. Lafayette Blvd. Rm 564
Detroit, MI 48226

AUSA Julie A. Beck
U.S. Attorney's Office
211 W. Fort St., Suite 2001
Detroit, MI 48226

/s/ Robert D. Gordon    11-4-25
Reg No. 17141-027

Robert D. Gordon 17141-027
Federal Correctional Inst.
P.O. Box 1000
Milan, MI 48160

Office of the Clerk
United States District Court
for the Eastern District of Michigan
231 W. Lafayette Blvd, Rm 564
Detroit, MI 48226

48226-271899

RECEIVED
NOV 14 2025
CLERKS OFFICE
DETROIT

METROPLEX MI 480
10 NOV 2025 PM 10 L

U.S. MARSHAL

1775
PURPLE HEART
FOREVER USA