UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert D. Gordon,

            Plaintiff(s),

v.                                                    Case No. 2:25−cv−11001−RJW−KGA
                                                Hon. Robert J. White

Eric Rardin,

            Defendant(s).

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on November 17, 2025.

                                                KINIKIA D. ESSIX, CLERK OF COURT

                                      By: s/ S. Schoenherr
                                            Deputy Clerk

Dated:   November 17, 2025